# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

USDC- BALTIMORE
'24 MAY 24 AM 11:06

BRENNAN WATSON,
    Plaintiff,

V.                                                                                                  CASE NO. 1:23-cv-03214-JKB

EQUIFAX INFORMATION SERVICES, LLC,
TRANSUNION, LLC
    Defendants,

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant toFederal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brennan Watson hereby dismisses all causes of actions against defendants Trans Union LLC and Equifax Information Services, LLC. Neither Defendant has filed a motion for summary judgement to these claims. Dismissal under Rule 41 (a)(i) is therefore appropriate.

Respectfully Submitted,

May 23, 2024

By:
/s/ Brennan Watson
Brennan Watson(Pro Se)
Brennan Watson
12040 Little Patuxent Pkwy, Apt. J
Columbia MD 21044
Email:Brennanwat30@gmail.com