## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRENNAN WATSON | * |
| Plaintiff | * |
|  | * Civil Case No. JKB-23-3214 |
| v. | * |
| EQUIFAX INFORMATION | * |
| SERVICES, LLC, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal filed on May 24, 2024, (ECF No. 22), with the dismissal accomplished by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this ___29___ day of May, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge